

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00196-CV

IN RE MICHAEL A. SMITH                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and request for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary relief are denied.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  June 3, 2011

------------

[1]*See* Tex. R. App. P. 47.4, 52.8(d).